UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERENIC URRUTIA, *et al.*,
Plaintiffs,

-v-

GONCHIG AYUIRZANA, *et al.*,
Defendants.

26-CV-8769 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants Gonchig Ayurzana and Batbayar Munkhbat removed this action from New York state court on October 5, 2026. (*See generally* ECF No. 1.) The notice of removal alleges, *inter alia*, that Plaintiffs Verenice Urrutia, Lenny Pena De Los Santos, and Kysha Costa Leo are citizens of New York. (*Id.* ¶ 6.) In support of that allegation, the notice of removal cites only the original state court complaint, but the complaint does not allege Plaintiffs' citizenships. (*See generally* ECF No. 1-1; *see also* ECF No. 1-2.)

Accordingly, the Court directs the parties to confer and discuss the citizenship of Plaintiffs. By October 20, 2026, Defendants shall file a letter confirming the citizenship of Plaintiffs and the existence of proper diversity jurisdiction under 28 U.S.C. § 1332.

SO ORDERED.

Dated: October 6, 2026
New York, New York

J. PAUL OETKEN
United States District Judge